IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE GURLEY                                                                PLAINTIFF

v.                                    No. 3:12-cv-184-DPM

NORTHEAST ARKANSAS REGIONAL
SOLID WASTE MANAGEMENT and
JAMES ABBEY, Individually and in his
Official Capacity                                                           DEFENDANTS

ORDER

Motion, *No. [30]*, granted.  Congratulations on the settlement.

_____
D.P. Marshall Jr.
United States District Judge

31 December 2014