IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE GURLEY                                                                              PLAINTIFF

v.                                  No. 3:12-cv-184-DPM

NORTHEAST ARKANSAS REGIONAL
SOLID WASTE MANAGEMENT and
JAMES ABBEY, Individually and in his
Official Capacity                                                                         DEFENDANTS

## JUDGMENT

Gurley's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 January 2015 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 December 2014